| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
| | ERIC DONEY, #76260 |
| 2 | JULIE E. HOFER, #152185 |
| | DONAHUE GALLAGHER WOODS LLP |
| 3 | Attorneys at Law |
| | 300 Lakeside Drive, Suite 1900 |
| 4 | Oakland, California 94612-3570 |
| | Telephone:   (510) 451-0544 |
| 5 | Facsimile:   (510) 832-1486 |
| | Email:        julie@donahue.com |

Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
AUTODESK, INC., and
MICROSOFT CORPORATION.

*E-FILED - 1/21/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation, and MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DARWIN MIELES, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 08-04893 RMW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Current CMC Date:  February 6, 2009<br>Requested Date:    March 6, 2009<br>Time:              10:30 a.m.<br>Dept.:             Courtroom 6, 4th Floor<br>Judge:             Hon. Ronald M. Whyte |

---

STIPULATED REQUEST TO CONTINUE CMC; [~~PROPOSED~~] ORDER   Case No. CV 08-04893-RMW

## STIPULATION

Pursuant to Civil L.R. 6-2 and Civil L.R. 16-2(e), plaintiffs Adobe Systems Incorporated, Autodesk, Inc. and Microsoft Corporation, by and through their counsel Julie E. Hofer of Donahue Gallagher Woods LLP, and defendant Darwin Mieles, hereby stipulate, agree, and request that the Case Management Conference currently scheduled for February 6, 2009 be postponed until March 6, 2009 at 10:30 a.m., and that all related dates be adjusted accordingly.

The parties are engaged in settlement discussions that the parties expect to result in resolution of this action before March 6, 2009.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: January 15, 2009

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED
AUTODESK, INC.
MICROSOFT CORPORATION

Dated: January 12, 2009

DARWIN MIELES

By: _____
Darwin Mieles
Defendant Pro Per

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/21/09

_____
Hon. Ronald M. Whyte
United States District Court Judge